## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>John Mileusnic<br>xxx–xx–1703<br>325 Plum Creek Drive<br>Schererville, IN 46375 | )<br>)<br>)<br>) Case Number: 19–20831–jra<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

On April 9, 2019, Capital One Auto Finance, a division of Capital One N.A. Department filed a request designating mailing address for creditor Capital One Auto Finance, a division of Capital One N.A. Department c/o AIS Portfolio Services, LP pursuant to Fed. R. Bankr. P. 2002(g). Yet, that creditor has not been listed or named on the mailing matrix in this case and, as a result, there is no mailing address to update. The creditor may file a proof of claim that designates a mailing address and upon doing so it will be added to the creditor matrix pursuant to Fed. R. Bankr. P. 2002(g)(1)(A).

DATED: April 10, 2019

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 10 – 9