# Notice Recipients

District/Off: 0755–2          User: ch          Date Created: 4/10/2019
Case: 19–20831–jra          Form ID: 573          Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Mileusnic          325 Plum Creek Drive          Schererville, IN 46375
cr          Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118

                                                                                                                    TOTAL: 2