UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| JOHN MILEUSNIC | ) | CASE NO. 19-20831-JRA |
| | ) | |
| Debtor | ) | |
| | ) | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Comes now PennyMac Loan Services, LLC, by counsel and for its Objection to Confirmation of Debtor's Chapter 13 Plan, states as follows:

1. Debtor filed this case on April 4, 2019.

2. PennyMac Loan Services, LLC holds a validly perfected mortgage on the property located at 325 Plum Creek Dr, Schererville, IN 46375-1166.

3. PennyMac Loan Services, LLC will be filing its Proof of Claim setting forth an approximate total pre-petition arrearage of $123,443.51 and an approximate total secured debt of $309,670.53. The Proof of Claim will further sets forth the current monthly mortgage payments due on the first day of each month of $1,585.51.

4. The plan fails to provide for either the claim of creditor or treatment of the collateral securing creditor's claim.

Mileusnic - File No. 099754B02

WHEREFORE, PennyMac Loan Services, LLC, by counsel, respectfully requests that the Confirmation of Debtor's Chapter 13 Plan as filed be denied and for all other relief just and proper in the premises.

    FEIWELL & HANNOY, P.C.

    /s/ SUSAN M WOOLLEY
    SUSAN M. WOOLLEY, Attorney No. 15000-64
    Attorney for PennyMac Loan Services, LLC
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727
    Email: SWOOLLEY@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on May 28, 2019, to the following:

John Mileusnic
Debtor
325 Plum Creek Dr
Schererville, IN 46375-1166

Paul R. Chael
Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

/s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY
Attorney No. 15000-64