# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>John Mileusnic<br>xxx–xx–1703<br>325 Plum Creek Drive<br>Schererville, IN 46375 | ) <br>) <br>) <br>) Case Number: 19–20831–jra <br>) <br>) <br>) Chapter: 13 |

## NOTICE OF DOCKET ENTRY

On August 5, 2019 , the following entry was made on the docket in this case:

    Docket Entry: Confirmation held 8/5/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic). APPEARANCES: Attorney Godshalk on behalf of Trustee. Trustee reports objections/issues that preclude confirmation. The foregoing is herby reset to September 16, 2019 at 9:00 a.m. SO ORDERED. (kdr)

                                                    Christopher M. DeToro
                                              Clerk, United States Bankruptcy Court
                                              5400 Federal Plaza
                                              Hammond, Indiana 46320

Document No. 32 – 16