United States Bankruptcy Court
Northern District of Indiana

In re:  
John Mileusnic  
       Debtor

Case No. 19-20831-jra  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0755-2      User: admin      Page 1 of 1      Date Rcvd: Aug 05, 2019  
                       Form ID: 293      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.  
db         +John Mileusnic,    325 Plum Creek Drive,    Schererville, IN 46375-1166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:  
           Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov  
           Paul R. Chael    on behalf of Trustee Paul R. Chael aimee@pchael13.com,  
           pchael13@ecf.epiqsystems.com;wjoyce@pchael13.com;smichelle@pchael13.com  
           Paul R. Chael    aimee@pchael13.com,  
           pchael13@ecf.epiqsystems.com;wjoyce@pchael13.com;smichelle@pchael13.com  
           Susan M. Woolley(AM)    on behalf of Creditor    PennyMac Loan Services, LLC  
           ecfnotices@feiwellhannoy.com  
                                                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)  
John Mileusnic  
xxx–xx–1703  
325 Plum Creek Drive  
Schererville, IN 46375  

Case Number: 19–20831–jra

Chapter: 13

## NOTICE OF DOCKET ENTRY

On August 5, 2019 , the following entry was made on the docket in this case:

Docket Entry: Confirmation held 8/5/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic). APPEARANCES: Attorney Godshalk on behalf of Trustee. Trustee reports objections/issues that preclude confirmation. The foregoing is herby reset to September 16, 2019 at 9:00 a.m. SO ORDERED. (kdr)

Christopher M. DeToro  
Clerk, United States Bankruptcy Court  
5400 Federal Plaza  
Hammond, Indiana 46320

Document No. 32 − 16