# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

In Re: Debtor(s) (name(s) and address)  )
John Mileusnic                           )
xxx–xx–1703                              )
325 Plum Creek Drive                     ) Case Number: 19–20831–jra
Schererville, IN 46375                   )
                                         )
                                         )
                                         )
                                         )
                                         ) Chapter: 13
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )

# NOTICE OF DOCKET ENTRY

On September 16, 2019 , the following entry was made on the docket in this case:

Docket Entry: Hearing held 9/16/19(related document(s)33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC). APPEARANCES: Trustee Chael appears and Attorney Woolley on behalf of PennyMac Loan Services. Debtor appears personally. Trustee filed an Affidavit of default. The foregoing is hereby reset to October 28, 2019 at 9:00 a.m. SO ORDERED. (kdr)

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 53 – 18, 33