# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

In Re: Debtor(s) (name(s) and address)          )
John Mileusnic                                   )
xxx–xx–1703                                      )
325 Plum Creek Drive                             ) Case Number: 19–20831–jra
Schererville, IN 46375                           )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            ) Chapter: 13
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )

## NOTICE OF DOCKET ENTRY

On September 16, 2019 , the following entry was made on the docket in this case:

Docket Entry: Hearing held 9/16/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic). APPEARANCES: Trustee Chael appears. Amended plan filed. The foregoing is hereby reset to October 28, 2019, 10:00 a.m. SO ORDERED. (kdr)

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 54 – 16