# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-20831-JRA |
| | ) | |
| John Mileusnic , | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge James R. Ahler |

### OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

COMES NOW, Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), to object to confirmation of Amended Chapter 13 Plan ("Plan") filed by John Mileusnic (hereafter referred to as "Debtor") and states the following:

### BACKGROUND

1. On April 04, 2019, Debtor filed a voluntary bankruptcy petition ("Petition") under Chapter 13 of Title 11 of the United States Code.

2. Creditor holds a security interest in the vehicle identified as a 2013 TOYOTA RAV4 Utility 4D XLE 2WD I4, VIN # 2T3WFREV7DW053491 (the "Collateral"). Copies of the installment sales contract ("Contract") and proof of the Certificate of Title are attached as Exhibits "A" and "B," respectively.

3. Creditor timely filed a Proof of Claim in the amount of $13,090.13 on April 30, 2019 ("POC"). *See* Claim #1. The POC has not been objected to by Debtor or any other party.

4. The Collateral was acquired by Debtor for personal use.

5. The balance owed under the Sales Contract at the time of Petition is $13,090.13.

6. The Amended Chapter 13 Plan filed proposes to pay Creditor's claim in the amount of $6,000.00 at 0.00% interest over the term of 60 months.

1

**GROUNDS FOR OBJECTION**

Creditor objects to the Plan for the following reasons:

7. The Plan fails to pay the full replacement value of the Collateral. In a Chapter 13 bankruptcy, a debtor may confirm a plan over a creditor's objection only if the plan provides the creditor the full value, as of the effective date of the plan, of the allowed amount of the secured claim. 11 U.S.C. § 1325(a)(5)(B). The allowed amount of such a claim is determined based on the replacement value a retail merchant would charge for a property of a similar age and condition. 11 U.S.C. § 506(b).

8. In the case at bar, the estimated replacement value a retail merchant would charge for the Collateral is $14,750.00. A copy of the vehicle valuation is attached as Exhibit "C." To the extent that the Plan does not pay the full value of the claim, Creditor objects to the confirmation of the Plan.

9. The Plan also fails to pay the applicable prime interest rate. Additionally, the debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). The current prime rate of interest is 5.000%. To the extent that the Plan proposes to pay less than the prime interest rate, Creditor objects to the confirmation of the Plan.

10. Further, the Plan does not provide for equal monthly payments to Creditor. The Code requires that a plan may be confirmed over an objection of a secured creditor only if the payments made under the plan are "in equal monthly amounts." 11 U.S.C. § 1325(a)(5)(B)(iii)(I). To the extent that the Plan provides payments to Creditor on a pro rata basis, Creditor objects to the confirmation of the Plan.

WHEREFORE, Creditor prays that the Court deny confirmation of the Amended Chapter 13 Plan, and dismiss the Chapter 13 case, or, in the alternative, convert the case under Chapter 7 of the Bankruptcy Code.

Dated: <u>October 21, 2019</u>　　　　　　　　　Respectfully Submitted:

<u>*/s/ Evan Lincoln Moscov*　　</u>
**Evan Lincoln Moscov**
Law Office of Evan Moscov
325 Washington St.,
Waukegan, IL 60085
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com
Attorney for Capital One Auto Finance, a division of Capital One, N.A.

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 21, 2019 a copy of the Objection to Confirmation of Amended Chapter 13 Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Trustee**
Paul R. Chael
401 West 84th Drive
Suite C
Merrillville, IN 46410


**U.S. Trustee**
Nancy J. Gargula
100 East Wayne Street
5th Floor
South Bend, IN 46601


       I hereby certify that on October 21, 2019 a copy of the Objection to Confirmation of Amended Chapter 13 Plan was sent via first class U.S. Mail, postage pre-paid, to the following individuals:

**Debtor(s)**
John Mileusnic
325 Plum Creek Drive
Schererville, IN 46375


                                          */s/ Evan Lincoln Moscov*
                                          Evan Lincoln Moscov