## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>John Mileusnic<br>xxx–xx–1703<br>325 Plum Creek Drive<br>Schererville, IN 46375 | ) <br> ) <br> ) <br> ) Case Number: 19–20831–jra <br> ) <br> ) Chapter: 13 |

## NOTICE OF DOCKET ENTRY

On October 28, 2019 , the following entry was made on the docket in this case:

Docket Entry: Hearing held 10/28/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic, 33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC, 50 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, 52 Trustee's Objection to Confirmation of Plan filed by Paul R. Chael, 70 Objection to Confirmation of the Plan filed by Capital One Auto Finance, a division of Capital One, N.A.). APPEARANCES: Trustee Chael appears, Attorney Woolley on behalf of PennyMac Loan Services, Attorney Allaily on behalf of Capital One Auto Finance and Debtor appears. Case Dismissed on Trustees Affidavit of Default. SO ORDERED (kdr)(kdr).

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 74 – 16, 33, 50, 52, 70