## Notice Recipients

District/Off: 0755−2          User: admin          Date Created: 10/28/2019
Case: 19−20831−jra            Form ID: 293         Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Mileusnic     325 Plum Creek Drive     Schererville, IN 46375

TOTAL: 1