UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
OCT 28 2019
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: John Mileusnic )  CHAPTER 13 PROCEEDINGS
) CASE NO. 19-20531
)

## AFFIDAVIT AND STATUS REPORT OF TRUSTEE

Paul Chael being duly sworn deposes and says:

1. That he is the duly appointed Chapter 13 Trustee of the above-captioned Debtor(s) estate and is presently acting as such.

2. That the amount of the total arrearage as to the Debtor's plan regarding payments to be made directly to your trustee pursuant to Debtor's plan as to the 28th day of Oct, 2019 is $10,043.cl (and specifically as to creditor, _____ in the sum of $_____).

3. That the length of the Plan is 60 months and 6 months of the Plan have elapsed.

4. That the regularly scheduled payment to be paid by the Debtor to your Trustee pursuant to said Plan is $1,685.51 per month (and specifically to creditor _____, is $_____.

5. Said Plan (has)/(has not) been confirmed.

6. That attached hereto, made a part hereof, and marked Exhibit "A", is a true and accurate copy of your Trustee's payment record regarding said Debtor(s) and submitted to the Court relating to the Motion (To Dismiss)/(For ~~Relief from Stay~~) filed in this case.

I declare under penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that the foregoing is true and correct.

Executed on this 28th day of Oct, 2019.

_____
Paul R. Chael, Chapter 13 Trustee

Receipts and Refunds  
through 10/25/2019

Case Number: 1920831  
Debtor: MILEUSNIC, JOHN

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out | Comp | Expense |
|---|---|---|---|---|---|---|---|---|
| 10/15/2019 | 11/2019 | Receipt | MO | 1860 | 10.00 | 0.00 | 0.00 | 0.36 |
| 9/17/2019 | 10/2019 | Receipt | MO | 9161 | 10.00 | 0.00 | 0.00 | 0.45 |
| 8/15/2019 | 09/2019 | Receipt | MO | 8953 | 10.00 | 0.00 | 0.00 | 0.45 |
| 7/17/2019 | 08/2019 | Receipt | MO | 9057 | 10.00 | 0.00 | 0.00 | 0.45 |
| 7/01/2019 | 08/2019 | Receipt | EPay | | 30.00 | 0.00 | 0.00 | 1.35 |
| | | | | | 70.00 + | 0.00 - | 0.00 | 3.06 |

**Paid This Period: 70.00**

Page 1 of 1

Date Printed 10/25/2019

Exhibit A