UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| John Mileusnic | ) CASE NO.  19-20831 JRA |
| | ) Chapter 13 |
| Debtor. | ) |

**NOTICE OF TRANSMITTAL**

At Hammond, Indiana, on November 6, 2019

Notice of appeal in this matter was filed on November 5, 2019, and is now transmitted to the Clerk of the United States District Court for the Northern District of Indiana

| Document No. | Description of Document |
|---|---|
| 79 | Notice of Appeal filed by Debtor on November 5, 2019 |

Note: The $298 appeal filing fee was paid on November 5, 2019

    Christopher De Toro
Clerk, United States Bankruptcy Court
5400 Federal Plaza Suite 2200
Hammond, Indiana 46320