# Notice Recipients

District/Off: 0755−2          User: admin                  Date Created: 11/6/2019
Case: 19−20831−jra            Form ID: pdf004              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Mileusnic      325 Plum Creek Drive      Schererville, IN 46375

TOTAL: 1